IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KATHY IRIZARRY,** | : | |
| **Plaintiff** | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | NO.   02-4412 |
| **HENRY MEARIG, INC.,** | : | |
| **Defendant** | : | |
| | : | |

## O R D E R

AND NOW, this 10th day of January, 2003, the Court hereby MODIFIES its September 19, 2002 Scheduling Order [doc. no. 5].  It is hereby ORDERED that the case shall be referred to Magistrate Judge Carol Sandra Moore Wells for a settlement conference.  Counsel for the parties are directed to report to Judge Wells's chambers (Room 3016) on January 21, 2003, at 10:00 a.m.  **The parties and/or persons with full authority to settle must accompany counsel unless excused in advance by Judge Wells.**  All other terms of the Scheduling Order not inconsistent with this Order shall remain in full force and effect.

Absent a persuasive showing of necessity or exigent circumstances, the Court will not grant any extensions of time to conduct discovery, whether by stipulation or otherwise.

It is so ORDERED.

BY THE COURT:

_____
**CYNTHIA M. RUFE, J.**